# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRYSTAL MILLER, | ) |
| *Plaintiff*, | ) |
| | ) Case No. _____ |
| v. | ) |
| PARK HOTELS & RESORTS INC., et al., | ) |
| *Defendants*. | ) |

## DEFENDANT PARK HOTELS & RESORTS INC.'S NOTICE OF REMOVAL

Please take notice that Defendant Park Hotels & Resorts Inc. ("Park"), pursuant to 28 U.S.C. §§ 1441 and 1446, is removing the above-captioned matter filed by Plaintiff Crystal Miller ("Miller") from the Court of Common Pleas of Philadelphia County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania.

1.  This above-captioned matter (the "State Court Case") is pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, and is therefore eligible for removal under 28 U.S.C. § 1441(a).

2.  The United States District Court for the Eastern District of Pennsylvania embraces the place where the action is pending.

3.  This notice of removal is filed within 30 days after the receipt by Park of a copy of the May 14, 2021 initial pleading setting forth the claim for relief upon which such action or proceeding is based. *See Sikirica v. Nationwide Ins. Co.*, 416 F.3d 214, 223 (3d Cir. 2005).

4.  Defendant Fortuna Enterprises, L.P. (incorrectly named as Fortuna Enterprises US) ("Fortuna") consents to this removal, in accordance with 28 U.S.C. § 1446(b)(2)(A).

5.     This case is removable on the basis of this Court's diversity jurisdiction under 28 U.S.C. § 1332(a), because the citizenship of the parties is completely diverse and the amount in controversy exceeds $75,000.

6.     Miller resides and is domiciled in Pennsylvania. Therefore, Miller is a Pennsylvania citizen.

7.     Fortuna's general partner is Universal Fortuna Investment, Inc., which is incorporated in California and has its principal place of business in California, and is therefore a California citizen. None of Fortuna's limited partners is a Pennsylvania citizen. Therefore, Fortuna is completely diverse from Miller.

8.     Park is a Delaware corporation and has its principal place of business in Virginia. Therefore, Park is completely diverse from Miller.

9.     Although "Hilton Los Angeles Airport" is named as a defendant, that is a fictitious entity whose citizenship "shall be disregarded" under 28 U.S.C. § 1441(b)(1).

10.    The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. In Count I of her complaint, Miller seeks to recover "an amount in excess of" $50,000 from Park. Additionally, in Count II of her complaint, Miller seeks to recover "an amount in excess of" $50,000 from Fortuna.

11.    A copy of Docket Sheet from the State Court Case is attached here as **Exhibit 1**.

12.    A copy of the Civil Cover Sheet from the State Court Case is attached here as **Exhibit 2**.

13.    A copy of the Praecipe to Issue Writ of Summons from the State Court Case is attached here as **Exhibit 3**.

14. A copy of the Affidavit of Service on "Hilton Los Angeles Airport" from the State Court Case is attached here as **Exhibit 4**.

15. A copy of the Affidavit of Service on Park from the State Court Case is attached here as **Exhibit 5**.

16. A copy of the Complaint from the State Court Case is attached here as **Exhibit 6**.

17. A copy of the Entry of Appearance by Fortuna from the State Court Case is attached here as **Exhibit 7**.

18. A copy of Fortuna's Preliminary Objection from the State Court Case is attached here as **Exhibit 8**.

19. Pursuant to 28 U.S.C. § 1446(d), Park will promptly give written notice of this removal to Miller and file a copy of the notice with the Prothonotary of the Philadelphia County Court of Common Pleas. A copy of the written notification is attached here as **Exhibit 9**.

Dated: June 10, 2021                                        Respectfully submitted,
                                                            PARK HOTELS & RESORTS INC.
                                                            *By Counsel*

                                                             *s/ Jared M. DeBona*
                                                            Jared M. DeBona
                                                            MCGUIREWOODS LLP
                                                            Tower Two-Sixty
                                                            260 Forbes Avenue, Suite 1800
                                                            Pittsburgh, PA 15222
                                                            Phone: (412) 667-6072
                                                            Fax: (412) 402-4172
                                                            jdebona@mcguirewoods.com

## CERTIFICATE OF SERVICE

I certify that, on June 10, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

                                                            *s/ Jared M. DeBona*