jherbst

Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| Case ID: | 210400435 |
| Case Caption: | MILLER VS PARK HOTEL & RESORTS INC, FORMERLY KNOWN |
| Filing Date: | Wednesday, April 07th, 2021 |
| Court: | MAJOR JURY-EXPEDITED |
| Location: | City Hall |
| Jury: | JURY |
| Case Type: | PREMISES LIABILITY, SLIP/FALL |
| Status: | LISTED FOR CASE MGMT CONF |

## Related Cases

No related cases were found.

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| CASE MANAGEMENT CONFERENCE | 14-JUL-2021 01:00 PM | City Hall | Case Management Center, Rm 613 | *unassigned* |

## Case motions

| Motion | Assign/Date | Control No | Date/Received | Judge |
|---|---|---|---|---|
| PRELIMINARY OBJECTIONS | *pending* | 21060314 | 02-JUN-2021 | ANDERS, DANIEL J |

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | CANCELLIERE JR, MICHAEL A |
| Address: | SUITE 2000<br>1515 MARKET STREET<br>PHILADELPHIA PA 19102<br>(215)546-8200<br>macancelliere@nasscancelliere.com | Aliases: | none | |
| 2 | 1 | | PLAINTIFF | MILLER, CRYSTAL |

| | | | | |
|---|---|---|---|---|
| **Address:** | 210 LUMBER STREET<br>PHILADELPHIA PA 17034 | **Aliases:** | *none* | |
| | | | | |
| 3 | | | DEFENDANT | PARK HOTEL & RESORTS INC FORMERLY KNOWN AS HILTON HOTEL COR |
| **Address:** | 755 CROSSOVER LANE<br>MEMPHIS TN 38117 | **Aliases:** | HILTON LOS ANGELES AIRPORT | |
| | | | | |
| 4 | 7 | | DEFENDANT | FORTUNA ENTERPRISES US |
| **Address:** | 5711 W. CENTURY BOULEVARD<br>LOS ANGELES CA 90045 | **Aliases:** | HILTON LOS ANGELES AIRPORT | |
| | | | | |
| 5 | 7 | | DEFENDANT | HILTON LOS ANGELES AIRPORT |
| **Address:** | 5711 W. CENTURY BOULEVARD<br>LOS ANGELES CA 90045 | **Aliases:** | *none* | |
| | | | | |
| 6 | | | TEAM LEADER | ANDERS, DANIEL J |
| **Address:** | 529 CITY HALL<br>PHILADELPHIA PA 19107 | **Aliases:** | *none* | |
| | | | | |
| 7 | | | ATTORNEY FOR DEFENDANT | HERBST, JONATHAN D |
| **Address:** | MARGOLIS EDELSTEIN<br>THE CURTIS CENTER, 4TH FLOOR<br>INDEPENDENCE SQUARE WEST<br>PHILADELPHIA PA 19106<br>(215)931-5822<br>jherbst@margolisedelstein.com | **Aliases:** | *none* | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 07-APR-2021 | ACTIVE CASE | | | 07-APR-2021 |

| Date/Time | Event | Filed By | | Entered |
|---|---|---|---|---|
| 11:47 AM | | | | 12:03 PM |
| **Docket Entry:** | E-Filing Number: 2104010884 | | | |
| 07-APR-2021 11:47 AM | COMMENCEMENT CIVIL ACTION JURY | CANCELLIERE JR, MICHAEL A | | 07-APR-2021 12:03 PM |
| **Documents:** | Final Cover | | | |
| **Docket Entry:** | none. | | | |
| 07-APR-2021 11:47 AM | PRAE TO ISSUE WRIT OF SUMMONS | CANCELLIERE JR, MICHAEL A | | 07-APR-2021 12:03 PM |
| **Documents:** | miller-writ of summons.pdf | | | |
| **Docket Entry:** | PRAECIPE TO ISSUE WRIT OF SUMMONS FILED. WRIT OF SUMMONS ISSUED. | | | |
| 07-APR-2021 11:47 AM | JURY TRIAL PERFECTED | CANCELLIERE JR, MICHAEL A | | 07-APR-2021 12:03 PM |
| **Docket Entry:** | 8 JURORS REQUESTED. | | | |
| 07-APR-2021 11:47 AM | WAITING TO LIST CASE MGMT CONF | CANCELLIERE JR, MICHAEL A | | 07-APR-2021 12:03 PM |
| **Docket Entry:** | none. | | | |
| 22-APR-2021 10:17 AM | AFFIDAVIT OF SERVICE FILED | CANCELLIERE JR, MICHAEL A | | 22-APR-2021 10:18 AM |
| **Documents:** | Affidavit of Service Hilton Los Angeles Airport.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON HILTON LOS ANGELES AIRPORT BY CERTIFIED MAIL ON 04/13/2021 FILED. (FILED ON BEHALF OF CRYSTAL MILLER) | | | |
| 22-APR-2021 10:22 AM | AFFIDAVIT OF SERVICE FILED | CANCELLIERE JR, MICHAEL A | | 22-APR-2021 10:22 AM |
| **Documents:** | Affidavit of Service Park Hotel and Resorts Inc.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON PARK HOTEL & RESORTS INC FORMERLY KNOWN AS HILTON HOTEL COR BY | | | |

| | | | | |
|---|---|---|---|---|
| | CERTIFIED MAIL ON 04/13/2021 FILED. (FILED ON BEHALF OF CRYSTAL MILLER) | | | |
| 14-MAY-2021 12:09 PM | COMPLAINT FILED NOTICE GIVEN | CANCELLIERE JR, MICHAEL A | | 14-MAY-2021 12:12 PM |
| Documents: | miller-complaint 51421.pdf | | | |
| Docket Entry: | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. (FILED ON BEHALF OF CRYSTAL MILLER) | | | |
| 26-MAY-2021 03:14 PM | ENTRY OF APPEARANCE | HERBST, JONATHAN D | | 26-MAY-2021 03:39 PM |
| Documents: | EOA_JDH.pdf | | | |
| Docket Entry: | ENTRY OF APPEARANCE OF JONATHAN D HERBST FILED. (FILED ON BEHALF OF HILTON LOS ANGELES AIRPORT AND FORTUNA ENTERPRISES US) | | | |
| 02-JUN-2021 10:10 AM | PRELIMINARY OBJECTIONS | HERBST, JONATHAN D | | 02-JUN-2021 11:06 AM |
| Documents: | POs_Df_Fortuna Enterprises (002).pdf<br>Exhibit A _POs.pdf | | | |
| Docket Entry: | 14-21060314 PRELIMINARY OBJECTIONS TO PURSUANT TO RULE 1028(A)(1)FOR LACK OF PERSONAL JURISDICTION FILED. RESPONSE DATE: 06/22/2021 (FILED ON BEHALF OF HILTON LOS ANGELES AIRPORT AND FORTUNA ENTERPRISES US) | | | |
| 04-JUN-2021 01:59 PM | LISTED FOR CASE MGMT CONF | | | 04-JUN-2021 01:59 PM |
| Docket Entry: | none. | | | |
| 08-JUN-2021 12:30 AM | NOTICE GIVEN | | | 08-JUN-2021 12:30 AM |
| Docket Entry: | none. | | | |

▶ Case Description   ▶ Related Cases   ▶ Event Schedule   ▶ Case Parties   ▶ Docket Entries

[E-Filing System]   [Search Home]   [Return to Results]